**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher Clayton Rollins, Appellant.

Appellate Case No. 2012-213135

———————————

Appeal From Pickens County
Edward W. Miller, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-376
Submitted September 1, 2013 – Filed October 9, 2013

———————————

**APPEAL DISMISSED**

———————————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; and Christopher Clayton Rollins, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.